IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANICE G. MARTINEZ,

       Plaintiff,

  vs.                                                              No. 1:20-cv-01054-KWR-KRS

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

       Defendant.

## ORDER GRANTING
## DEFENDANT'S UNOPPOSED MOTION TO REMAND

**BEFORE THE COURT** is Defendant's Unopposed Motion for Remand (Doc. 23). For good cause shown, said motion is **GRANTED.**

This civil action is **REMANDED** to Defendant for a new decision pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of the District Court is **DIRECTED** to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

**IT IS SO ORDERED** this **18TH** day of **OCTOBER 2021**.

                                                                    KEA W. RIGGS
                                                          UNITED STATES DISTRICT JUDGE