IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANICE G. MARTINEZ,

    Plaintiff,

vs.   No. 1:20-cv-01054-KWR-KRS

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## RULE 58 JUDGMENT

Having granted Defendant's Unopposed Motion to Remand to Agency pursuant to the Order Granting Defendant's Unopposed Motion to Remand (Doc. 24) entered on **October 18, 2021**, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered and that this civil action is closed.

**IT IS SO ORDERED.**

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE